UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )    3:09-md-02100-DRH <br><br> MDL No. 2100 |

This Document Relates To:

*Ashley Galvan v. Bayer Corporation, et al.*   3:10-cv-11625-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on November 24, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Cheryl A. Ritter*
     **Deputy Clerk**

Date: November 24, 2014

Digitally signed by
David R. Herndon
Date: 2014.11.24
16:13:01 -06'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT